Dismissed and Memorandum Opinion filed April 30, 2009








Dismissed
and Memorandum Opinion filed April 30, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00712-CV

____________

 

HARRIS LINE SERVICE CO., INC., Appellant

 

V.

 

WOOD COUNTY ELECTRIC COOPERATIVE, INC., Appellee

 



 

On Appeal from the
402nd District Court

Wood County, Texas

Trial Court Cause
No. 2008-221

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 28, 2008.  On April 20, 2009, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.